

Attorneys At Law

Joel L. Aberg*
John Robert Behling
Mindy K. Dale
Richard D. Duplessie
Christine A. Gimber
Thomas J. Graham, Jr.
Anders B. Helquist
Melissa A. Kirschner*
William S. Milne
Thomas J. Misfeldt
G. Scott Nicastro
Michael F. O'Brien
Kathryn J. Prenn
Thomas B. Rusboldt
Victoria L. Seltun*
Ryan J. Steffes
Daneille M. Strong
William H. Thedinga
William G. Thiel
Jacob P. Torgerson
Andrea M. Voelker
James M. Ward
Paul H. Weinke
Stephen L. Weld
William J. Westerlund
MaiVue K. Xiong

Of Counsel:
Frederick W. (Ted) Fischer
Thomas J. Sazama

Emeritus:
Geo. Michael Carroll
Richard J. Ricci

Stevens L. Riley, 1932-2000

Weld, Riley,
Prenn & Ricci, S.C.

A Wisconsin Limited
Liability Entity

3624 Oakwood Hills Pkwy.
P.O. Box 1030
Eau Claire, WI 54702-1030
715-839-7786
FAX 715-839-8609
Menomonie: 715-235-4216

www.wrpr.com

*Also licensed to practice
in Minnesota

March 28, 2011

Stephen L. Crocker, Magistrate Judge
United Sates District Court
Western District of Wisconsin
120 N. Henry St.
P.O. Box 432
Madison WI 53701-0432

Re:   Martha "Molly" Otis Scheer v. City of Hayward, et al.
      Case No. 10CV447
      Our File No. 27670.0037

Dear Magistrate Judge Crocker:

The parties have conferred by telephone with respect to the current status of this matter and jointly advise the district court as follows:

The parties agree that summary judgment should be granted at this time in favor of Plaintiff Martha "Molly" Otis Scheer and against defendant City of Hayward and the other named defendants in their "official capacity," based upon the uncontested summary judgment motion and supporting documents filed by plaintiff. However, the parties are not in agreement on whether summary judgment can be entered against the individual defendants in their individual or personal capacities. This is because, although plaintiff alleges the named defendants are liable in their individual or personal capacities, defendants are asserting defenses of absolute immunity or, in the alternative, qualified immunity, and this issue has not yet been fully addressed or briefed by the parties.

If the court has any questions or concerns about this submission or the parties' agreement, please advise.

| FOR THE PLAINTIFF: | FOR THE DEFENDANTS: |
|---|---|
| /s/ Glenn M. Stoddard | /s/ Thomas J. Misfeldt |
| Glenn M. Stoddard | Thomas J. Misfeldt |

F:\docs\Insurance\Community\0037Otis-Scheer\Crocker.Ltr3.wpd