IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARTHA ("MOLLY") OTIS SCHEER,

              Plaintiff,

v.

CITY OF HAYWARD, THOMAS J. DUFFY, DONALD
SHEEHAN, BILL SWINTKOWSKI, GARY GILLIS, HAROLD
JOHNSON, JOE KREYER, CHARLES MUNICH, PAT
PARKER, JASON SPEROS, AL VOIGHT and VERNA
WORMAN,

              Defendants.

SPECIAL VERDICT

10-cv-447-slc

---

We, the jury, for our special verdict, find as follows:

**Question No. 1**: What amount of money, if any, will fairly and reasonably compensate Plaintiff Martha Otis Scheer for the losses she incurred as a result of the enactment of the City of Hayward's Outdoor Music Ordinance No. 476 and the denial of a permit?

Answer: $ 400,000

**Question No. 2**: Was the following defendants' conduct in denying Otis Scheer a permit on July 19, 2010 malicious or in reckless or callous disregard for plaintiff's constitutional rights?

Defendant Swintkowski: __Yes__
                                (Yes or No)

Defendant Gillis: __Yes__
                          (Yes or No)

Defendant Johnson: __Yes__
                             (Yes or No)

Defendant Kreyer: __Yes__
                           (Yes or No)

Defendant Parker: __yes__
(Yes or No)

Defendant Voight: __yes__
(Yes or No)

Defendant Worman: __yes__
(Yes or No)

If your answer to Question No. 2 was "yes" as to a defendant, then answer Question No. 3 as to that defendant. If your answer to Question No. 2 was "no" as to a defendant, then do not answer Question No. 3 as to that defendant.

If your answer to Question No. 2 was "no" as to all defendants, then do not answer Question No. 3 but proceed to the end of the verdict form.

**Question No. 3:** What amount of money, if any, do you award as punitive damages with respect to each of the following defendants?

Defendant Swintkowski: $ __200 and a sincere apology__

Defendant Gillis: $ __200 and a sincere apology__

Defendant Johnson: $ __200 and a sincere apology__

Defendant Kreyer: $ __200 and a sincere apology__

Defendant Parker: $ __200 and a sincere apology__

2

Defendant Voight: $ 200 and a sincere apology

Defendant Worman: $ 200 and a sincere apology

_____
Presiding Juror

Eau Claire, Wisconsin

Date: 1-11-12