IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARTHA (MOLLY) OTIS SCHEER,

    Plaintiff,

v.

CITY OF HAYWARD, THOMAS J. DUFFY, DONALD SHEEHAN, BILL SWINTKOWSKI, GARY GILLIS, HAROLD JOHNSON, JOE KREYER, CHARLES MUNICH, PAT PARKER, JASON SPEROS, AL VOIGHT and VERNA WORMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-447-slc

---

    This action came before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Martha (Molly) Otis Scheer declaring City of Hayward's Outdoor Music Ordinance No. 476 unconstitutional. Defendand Donald Sheehan is voluntarily dismissed with prejudice. Plaintiff is awarded $400,000 as to all remaining defendants and $200 as to each of defendants Bill Swintkowski, Gary Gillis, Harold Johnson, Joe Kreyer, Pat Parker, Al Voight, and Verna Worman.

Approved as to form this 12th day of January, 2012.

_____
Stephen L. Crocker,
Magistrate Judge

_____    1/13/12
Peter Oppeneer, Clerk of Court       Date