IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARTHA ("MOLLY") OTIS SCHEER,

      Plaintiff,

v.

CITY OF HAYWARD, THOMAS J. DUFFY,
BILL SWINTKOWSKI, GARY GILLIS,
HAROLD JOHNSON, JOE KREYER,
CHARLES MUNICH, PAT PARKER,
JASON SPEROS, AL VOIGHT and
VERNA WORMAN,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-447-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Martha ("Molly") Otis Scheer attorneys' fees in the amount of $216,378.44 and costs in the amount of $8,152.87.

    _Peter Oppeneer_ (signature)        8/27/12
    Peter Oppeneer, Clerk of Court        Date