UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARTHA ("MOLLY") OTIS SCHEER,

     Plaintiff,

                                    Case No. 10-cv-447-slc

v.

CITY OF HAYWARD,
THOMAS J. DUFFY,
BILL SWINTOWSKI.
GARY GILLIS,
HAROLD JOHNSON,
JOE KREYER,
CHARLES MUNICH,
PAT PARKER,
JASON SPEROS,
AL VOIGHT and
VERNA WORMAN,

     Defendants.

---

## SATISFACTION OF JUDGMENTS

---

In the above captioned case, a judgment was entered in favor of Plaintiff Martha Otis-Scheer against Defendants City of Hayward, Thomas J. Duffy, Bill Swintowski, Gary Gillis, Harold Johnson, Joe Kreyer, Charles Munich, Pat Parker, Jason Speros, Al Voight, and Verna Worman, in the amount of $401,400.00, on January 12, 2012. A second judgment in favor of Plaintiff and against the same Defendants in the amount of $224,531.31 was entered on August 27, 2012.

Plaintiff Martha Otis-Scheer hereby acknowledges that the two above-referenced judgments have been fully satisfied and are hereby released and cancelled.

Dated this 31 day of January, 2013.

_____
Martha Otis-Scheer

Subscribed and sworn to before me
this 31st day of January, 2013

_____
State of Wisconsin
My commission is permanent