# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 30, 2013

*By the Court:*

| No.: 12-2920 | MARTHA ("MOLLY") OTIS SCHEER, Plaintiff - Appellee<br><br>v.<br><br>CITY OF HAYWARD, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:10-cv-00447-slc<br>Western District of Wisconsin<br>Magistrate Judge Stephen L. Crocker ||

Upon consideration of the **STIPULATION FOR VOLUNTARY DISMISSAL**, filed on January 30, 2013, by counsel for the appellants and counsel for the appellee,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Christina Duffy Hodkins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_FinalOrderWMandate(form ID: 137)